# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR 24 A 9:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

DEREK DEDE
Plaintiff(s)

v.

CIVIL ACTION NO. 1:07-CV-344-MEF
(To be supplied by Clerk of U.S. Court)

SHERIFF, ADMINISTRATION, Etc, and All

Names of Person(s) who violated your constitutional rights (List the names of all the person.)

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ☐ No. ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ☐ No. ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

-1-

1. Parties to this previous lawsuit:
   Plaintiff(s) _____
   _____

   Defendant(s) _____
   _____

2. Court (If Federal court, name the district; if state court, name the county)
   _____
   _____

3. Docket number _____
4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? ___
   Was it appeal? Is it still pending? _____
6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Coffee County Jail, County Complex #4, New Brockton, AL 36351

PLACE OR INSTITION WHERE INCIDENT OCCURRED Coffee County Jail, County Complex #4, New Brockton, AL 36351, Cell block #2

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

-2-

| NAME | ADDRESS |
|---|---|
| 1. Sheriff | Coffee County Jail, County Complex #4, New Brockton, AL 36351 |
| 2. Administration | Coffee County Jail, County Complex #4, New Brockton, AL 36351 |
| 3. | |
| 4. | |

## IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED

11-17-05

## V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

**GROUND ONE:** Denied Proper medical attention, treatment, medication, and the proper physical, and mental doctor for treatment, while under this institution Authority.

### STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.
(State as best you can the time, place and manner and person involved.)

(1)

On the _____, I was placed incarceration in the Coffee County Jail, County Complex #4, New Brockton, AL 36351; On the date of 11-17-05, while incarcerated in Coffee county Jail, I became dizzy fell and hit my head upon the steel floor while locked down in cell block #2, the emergency button on the wall was pushed several time by my cellmate, trying to inform the Jailer, that there was an emergency, and that an inmate in cell block 2 need medical attention, which was me. I finally came to myself from the fall, and also pushed the button myself, there was never a respond, to this emergency matter, where I was completely knocked out for a period of time. After about the next day I told three different Jailer of my incident, I kept trying to get medical treatment, because I

3

(2)

was still passing out from the head injury day to day, finally five days after the incident, I was taken to see a doctor. The doctor did no examination upon me, no head examined to determine what has happen to my head or to find out what type of head injury has been caused by the fall. He only prescribed some medication for me, later I had to stop taking that medication because of the side effects I was having because of the type of medication I was taking, later I was taken back to the doctor, and I asked to have an MRI, because I was still have server headache's, and suffering with dizzy spells quite ofthen, from that date it took 7 months before I could get the MRI done, - and this only got done behind me kept asking, kept falling out, from dizzness, Also the 7 months before getting the MRI.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASE OR STATUTES.

— Medical attention, treatment, proper medication, and a proper doctor to examine the physical and mental condition that I am now In, I want this court to reward me for damage, in the amount

x _Derek Dede_
Signature of Plaintiff (s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-10-07

x _Derek Dede_
Signature of Plaintiff (s)

4

(3)

Continues from Page
Stating Briefly The Facts Which Support the Grounds.

Doctor Cochram, the jail doctor refused to treat me because, upon stated words by me informing him that he was not doing any thing to help me physical or medical wise, and that I was still in it seem worster shape than before, I was still suffering with the same semption. He then became angry and banned me from being brought to his medical Ficialty for medical treatment, Yet of that date until this date of this motion, this Jail administrator, or administration has not taken to any other doctor or back to Doctor Cochram to try and get proper medical treatment for me, for the physical and mental medical problems that I now have from that fall, where they denied me attention at the time of this happing and denied me medical attention, where I should have been taken to an emergency room of the hospital this same night, My condition and health is very poor, because the lack of medical attention that I need, for I am still incarcerated in the Coffee county Jail, housed under the Sheriff department and their Administration, who hold authority over me, because if I was not incarcerated I could go and inquire the proper medical treatment that is needed, but now this Jail is responsible for my condition, and the care of my condition, where they have overlooked their responsibility are don't even care., October 4, 2006 I was banned from doctor Cochram office.

Going on to say, I was Exposed to TB while in

-5-

Continues from Page 3 and 4

(4)

Coffee County Jail, An inmate was put in to the population with a full blow of TB- Cell block #2 where I was housed at, after he was escorted to a lock down cell in the Jail, later I was tested positive for TB, on the date 7-1-06, I was then ordered by doctor to take medication for 6 months. I been in the coffee county Jail for now about 18 months. On the 3-3-07, The sheriff department deputy came into Cell block #2 with Tazer guns, in a extremely rage movement, about 5 shot was fired from shotguns, the deputy begun pointing shotgun from cell to cell at inmates, I feared for my life, I now have constantly bad nightmare's, because of this, with my poor health condition from fraction brain from my fall 11-17-05, of lock of medical treatment, lock of medication, and now more than ever have developed a mental problem, by being traumatized;

-6-

Continues from Page 4

<u>VI</u> Stating Briefly Exactly what I want the Court to do for me.

\# Five Hundred Thousand Dollars [$500,000] for the damage that has been caused to me while I have been incarcerated in the coffee County Jail, because I and my body physical and mental was not in this condition before I enter this institution.
And Five Hundred Thousand Dollar [$500,000] for future medical treatment, medication, testing that may be require to improve my illness that has been caused by this institution, And reword me with punitive damage so it can ensure that this same violation upon me will not again happen in future matter, that may come in contact similar to this same incident. I ask for punitive damage in the amount of One Million Dollars [$1,000,000.00]

Derek Dede
Coffee County Jail
Complex #4
New Brockton Al, 36351

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

