# UNITED STATE DISTRICT COURT

MIDDLE ___ District of ALABAMA

DEREK DEDE
   Plaintiff(s)

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

V.

CASE NUMBER: 1:07-CV-344-MEF

SHERIFF, ADMINISTRATION, Etc, and all
_____
_____
   Defendant(s)

I, DEREK DEDE declare that I am the (Check appropriate box) ☑ petitioner/plaintiff/movant ☐ other. in the above-entitled proceeding; that support of my request to proceed without prepayment of fees or costs, under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following question under penalty of perjury:

1. Are you currently incarcerated ☑ Yes ☐ No. (If "No," go to Part 2)
   If "Yes," state the place of your incarceration Coffee County Jail, County Complex #4, New Brockton, Al 36351

-8-

Are you employed at the institution? <u>NO</u> Do you receive any payment from the institution? <u>NO</u>. Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months transactions.

2. Are you currently employed? ☐ Yes ☒ No.

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No.
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

-9-

4. Do you have any cash or checking or savings account
☐ Yes ☑ No
If "Yes," state the total amount. _____

5. Do you own any real estate, stock, bond, securities, other financial instrument, automobiles or any other thing of value? ☐ Yes ☑ No
If "Yes," describe the property and state its value

6. List the person who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

— None at this time, because of incarceration.

I declare under penalty of perjury that the above information is true and correct.

__4-10-07__  __Derek Dede__
Date        Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts expenditures and balance during the last six months in your institutional accounts. If you have multiple accounts, because you have been in multiple institutions, attach one certified statement of each account.

—10—

INMATE NAME: DEREK DEDE
DATE: 04-09-2007
REF: INMATE ACCOUNT INFORMATION

| DATE | DEPOSIT/ | DRAFTS | BALANCE |
|---|---|---|---|
| 9/1/2006 | | | 0.96 |
| 9/6 | $5 | | $5.96 |
| 9/7 | $40.00 | | $45.96 |
| 9/7 | | $29.90 | $16.06 |
| 9/14 | | $15.80 | 0.26 |
| 9/18 | $50.00 | | $50.26 |
| 9/21 | | $31.30 | $18.96 |
| 9/25 | $18.60 | | 0.36 |
| 10/2 | $20.00 | | $20.36 |
| 10/5 | | $19.25 | $1.11 |
| 10/11 | $50.00 | | $51.11 |
| 10/12 | | $35.00 | $16.11 |
| 10/19 | | $15.60 | $0.51 |
| 10/23 | $40.00 | | $40.51 |
| 10/26 | | $35.00 | $5.51 |
| 10/27 | | 0.39 | $5.12 |
| 11/2 | | $4.75 | 0.37 |
| 11/6 | $25.00 | | $25.37 |
| 11/6 | $50.00 | | $75.37 |
| 11/9 | | $35.00 | $40.37 |
| 11/16 | | $37.30 | $3.07 |
| 11/27 | $50.00 | | $53.07 |
| 11/30 | | 41.45 | $11.92 |
| 12/7 | | $11.40 | 0.52 |
| 12/13 | $20.00 | | $20.52 |
| 12/13 | $5.00 | | $25.52 |
| 12/14 | | $25.40 | 0.12 |
| 12/18 | $50.00 | | $50.12 |
| 12/21 | | $34.90 | $15.22 |
| 12/23 | | $15.18 | 0.04 |
| 12/27 | $10.00 | | $10.04 |
| 12/27 | $20.00 | | $30.04 |
| 12/28 | | $29.87 | 0.17 |
| 1/3/2007 | $5.00 | | $5.17 |
| 1/3 | $25.00 | | $30.17 |
| 1/5 | | $30.00 | 0.17 |
| 1/8 | $20.00 | | $20.17 |
| 1/8 | $50.00 | | $70.17 |
| 1/11 | | $33.60 | $36.57 |
| 1/18 | | $34.65 | $1.92 |
| 1/24 | $25.00 | | $26.92 |
| 1/26 | | $22.60 | $4.32 |
| 2/1 | $20.00 | | $24.32 |
| 2/1 | | $24.05 | 0.27 |
| 2/6 | $50.00 | | $50.27 |
| 2/8 | | $34.85 | $15.42 |
| 2/16 | | $15.40 | 0.02 |
| 2/22 | $30.00 | | $30.02 |
| 2/22 | | $28.20 | $1.82 |
| 2/28 | $20.00 | | $21.82 |
| 3/1 | | $21.65 | 0.17 |

| Date | | | |
|---|---|---|---|
| 3/5 | $50.00 | | $50.17 |
| 3/8 | | $34.70 | $15.47 |
| 3/15 | | $15.00 | 0.47 |
| 3/21 | $18.00 | | $18.47 |
| 3/21 | $5.00 | | $23.47 |
| 3/24 | | $23.40 | 0.07 |
| 3/26 | $50.00 | | $50.07 |
| 3/30 | | $31.90 | $18.17 |

Derek Dede
Coffee County Jail
Complex #4
New Brockton Al, 36351

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

