IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEREK DEDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07-CV-344-MEF |
| | ) | |
| SHERIFF OF COFFEE COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

In his complaint, the plaintiff names the Administration of the Coffee County Jail as a defendant in this cause of action. This listing fails to properly identify a person or persons for purposes of service of process. Accordingly, it is

ORDERED that on or before May 14, 2007 the plaintiff shall file an amendment to his complaint which:

1. Names those individuals who are responsible for the alleged violations of his constitutional rights during his confinement in the Coffee County Jail.

2. Specifically describes how each named defendant violated his constitutional rights.

In responding to this order, the plaintiff is advised that he should set forth short and plain statements showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 27th day of April, 2007.

        /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE