IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEREK DEDE,
Plaintiff(s)

V.

ZACK ENNIS, Administrator
Coffee County Jail, Et al.,
Defendant(s)

CIVIL ACTION NO: 1:07-CV-344-MEF

RECEIVED
2007 MAY 10 A 9: 20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

## AMENDMENT TO COMPLAINT

Come now the Plaintiff file this amended motion to his Original Complaint, pursuant to the court Order, dated April 27th, 2007, naming the individuals who is responsible for the alleged violations of his Constitutional rights during his confinement in the Coffee County Jail, and describing how each named defendant violated his constitutional rights, and showing why he is entitled to this relief, and states as follows:

Names and address of the individuals violated my Constitutional Rights:

1. Ben Moates, Coffee County Sheriff, at this time of incident, begin, November 17, 2005: at this time, but not included as a defendant.

2. Zack Ennis, Coffee County Administrator, at this time of incident begin, November 17, 2005. Address 23970 Hwy 109, Elba, AL 36323.

-1-

1. On the 11-17-05, I was an inmate in the coffee county jail, County Complex #4, New Brockton, AL 36351, where differ times started to begin with the administrator, I became dizzy and fell, passing out total, I hit my head on the concreated floor as I had passed out when I fell, I kept complainting to the staff who worked under the administrator Zack Ennis, also guiding words to the administrator, of what had happen to me, the staff and the administrator payed me no attention, upon what had happen to me, after continues dizzness, Five days later I was taken to doctor Cochran in Elba, AL, I was not examine by Doctor Cochran, but instead, he prescribed me some medication, through taking this medication I begin to get serious side effects, from the medication he had prescribed. And I was still suffering with Headaches and having dizzness spell, still falling out, and then I asked the administrator to take me to have an MRI, because my condition had gotten worst, It took the administrator Zack Ennis seven months [7] after requesting over and over, to take me to have an MRI done, my condition had gotten even worster at this time. Upon taking me to the same doctor, Doctor Cochran for the MRI, 10-4-06, this doctor did not want to see me any more he stated, the administrator Zack Ennis just sit back and allow my serious medical physical to go on without, issuing order to have me taken to a hospital or doctor for Emergency treatment or a respond to what had happen to me. Later I asked one of the jail staff member Mrs. Ruth Scharpe to make another doctor appointment for me, she had to do this on her own, to get me an appointment with a different doctor, Dr. Robert's in Elba, AL, where he did examined me and ordered a MRI, which took seven months [7] after the order of Dr. Robert's for me have this MRI

-2-

done. Zack Ennis the administrator payed no attention to the condition of the seriousness of my health for the MRI to be done. Which now I am still having this problem with my physical health. Sheriff Ben Moates and Administrator Zack Ennis, was responsible for my well being and safety concerning my health physical and mental wise, because I was under both defendants Authority, I could not just get up and go to a doctor because of my incarceration in the Coffee County Jail, and I totally realied upon their duty for seeing that I got emergency treatment and care, which niether defendant did, they are responsible for my condition then, and the physical condition I am now in, from lack of duty.

2. I was exposed to Tuberculosis [TB] in the month of July, when this staff of the coffee county Jail, under the Supervision of Zack Ennis, administrator, Ben Moates Sheriff, allow another inmate to be hosed in cell Block #2 population, where I was housed at, inmate Dennis Cooper, who had a full blow of Tuberculosis.

Some time later the health department from Enterprise Al. came to the Coffee county Jail, where I had to take Chest X Rays August 4, 2006 and blood testing, and on 8-24-06 I had a blood test taken again, I tested Positive for Tuberculosis [TB], and was told I had to take medicine for six [6] months. It took the Jail administrator Zack Ennis a full month before he would respond to this order for medication for me for TB, that I have obtain while in Coffee County Jail, from inmate Dennis Cooper.

-3-

Sheriff Ben Moates and Administrator Zack Ennis, is was responsible for my physical condition to be the same condition as it was before I was arrested and placed under their Authority. Do I have a right for medical treatment, to be cured, of any mishap, are a right to be protected from such, while under the Authority of these two defendant, as their Authority rules over this jail institution. These two names defendant did not protected me from such, these two defendant looked over my physical health condition, at the time treatment was needed, and medication is needed I now still have the effect of this illness.

I now has been incarcerated in the coffee county jail for about 18 to 20 months, I have been in the middle of coffee County deputy shooting inmates, with bean bags out of shotguns, Tassing inmates with Taser guns, which had put a heavey threat upon my life, I have been traumatized into nightmare almost each night of fear, that this same reaction is happen again. The Plaintiff is complying with the court order to the best of his knowledge, in this amended motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Executed on 5-6-07 _____.

_Derek Dede_
Signature of Plaintiff(s)

- 4 -

Derek Dede
Coffee County Jail
County Complex #4
New Brockton AL 36351

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama



Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

(Exhibit 1)

## Grievance Form

Your Name: Derek Dode

Date of Incident Leading to Complaint: 5-3-06

**STATEMENT:** Today is 5-13-06 I went to the doctor I think 5-8-06 and he gave me some medicine. I took two pills and when I used the bathroom I have blood in my stools. The medicine don't work. I still have dizzy spells. I been rejecting my medicine I informed several officers of my situation I need to go to the E.R. to have a catskan. I really think I have concusion. The doctor had the paper work fill out before he walked in to the room, without examine me. I need medical attention Please Respond Make me a copy. Thank you.

List of Witnesses, if any: _____

_____

_____

Place Grievance in an envelope, your name on outside of envelope, and give to CO who will see it gets to the Jail Administrator.



Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

### Grievance Form

Your Name: **Derek Dede**

Date of Incident Leading to Complaint: **7/26/06**

**STATEMENT:** The Health Department came out and took T.B. Test. Because you'll let Dennis Cooper in population with full blown Tubercolosis. The lady said I have been exposed to T.B. and I would have to take a chest X Ray. I wrote Mrs Ruth Monday and sent a letter to see what they was going to do about this situation. T.B. is nothing to play it is a very serious disease. I still haven't been to the doctor for my head. and that's been since May. you'll are denied me medical attention. We need to set up some kind of arraingement to take care of this matter
     Thank you kindly. Derek Dede
                              Cell Block 2

List of Witnesses, if any: _____

_____

_____

Place Grievance in an envelope, your name on outside of envelope, and give to CO who will see it gets to the Jail Administrator.

Please make a copy

(Exhibit 3)

Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

**Grievance Form**

Your Name: Derek Dede

Date of Incident Leading to Complaint: 8-29-06

STATEMENT: Mrs Ruth I went today to take blood for the T.B. to start my medicine and he gave me a paper for side effects. Two of them was Dizziness and headache. I been suffering with them ever since I passed out and Bust my head. I went to the Doctor once and he gave me some pills. When I took them I have blood in my stools. Cyndi made a note of it. She put me back on the Doctor list. This been since May of 2006. When we lock down I ask the officer to put me on the list. I asked you about it today. You told me I should be alright now. You are the Jail Administrator not a Doctor. Please get me medical attention

List of Witnesses, if any: Donte Jillis

Place Grievance in an envelope, your name on outside of envelope, and give to CO who will see it gets to the Jail Administrator.

-7-

PleAse MAke Copy
(Exhibit 4)

Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

**Grievance Form**

Your Name: Derek Dede

Date of Incident Leading to Complaint: 1-21-007

**STATEMENT:** I was exposed to T.B. in July of 2006 while incarzarated in Coffee County Jail. They let an inmate in population with full blown T.B. The Health Department came out and tested Cell B 2. A couple of inmates was exposed. I have to take medicine for 6 months every day. If I miss one day I have to start all over Again. I been here for 15 months and most of my stay has been negliance. Doc cameard had a shake down and took some items we bought of coffee County Store Call. I would appreciate if we could be replaced for the items was taken 2 radios, pack of batteries and tooth brush. Please Respond

List of Witnesses, if any: Gregory arceneaux

Place Grievance in an envelope, your name on outside of envelope, and give to CO who will see it gets to the Jail Administrator.

-8-

Coffee County Jail
Ben Moates, Sheriff
Zack Ennis, Administrator

## Grievance Form

Your Name: Derek Dede

Date of Incident Leading to Complaint: Oct 4, 2006

STATEMENT: Mrs. Ruth Last time I went to the Doctor I was denied Medical attention. He say I have a bad attitude But we all know he the one with attitude. I'm still suffering with Headaches and Dizzness part of the symptoms for the T.B. is these two symptoms. How don't know the medicine is working because I had the symptoms before and I had them more after I Hit my Head and passed out. We been asking for cold tablets for about 2 months now and they say that the medicine is locked up and they don't have a key. I've been incarzated a couple of times. The Jail supposed to have a doctor in the Jail at all times or be on Call Please see about taking care of your inmates. Last time I came from the doctor you told me that you get me to a Doctor. That's been 2 months ago

List of Witnesses, if any: I'm really Sick

Derek Dede

Please make Copy

Place Grievance in an envelope, your name on outside of envelope, and give to CO who will see it gets to the Jail Administrator.

(Exhibit 6)

Today

I hit my Head on 5-3-06 about 2:30 am on lockdown. My roomate Antonio Jones woke up and push the Emergency button but got no respond. Dennis Cooper came in Cell Bloc 2 with full blown T.B. in July. I can't remember the time but my Lawyer should be able to get all of that. I did not see any Doctor the Health Department came out to test us one week later. The Health Department is in Enterprise. I had to take a chest X Ray and Blood Test before I can start taking medicine. On 8-29-06 I took my blood test. It took about 1 month to get my medicine after my blood test.

Doctor Cochran did not examine me he just prescribed me some medicine. I had to ask his nurse to clean my cut. On 8-29-06 while taken my blood test I was going over the symptom's and I saw two symptoms I already had. So I asked Mrs Ruth Schippe to make another appointment for me. She made me an appointment with Dr Robert's in Elba. He did examine me and ordered a MRI but I did not get a respond.

I wrote you yesterday about the incident 5-3-06 with all there names.

Zack Ennis    address
23970 Hwy 189
Elba, 36323        - 10 -

(Exhibit 7)

4-3-07

On 11-17-05 I was an inmate of Coffee County Jail. While incarcerated I had bad times in here. I hit my head and on the 5-3-06 I told 3 different officers. I went to the doctor 5 day's later. He did not examine me. He prescribed me some medication. I stop taking medicine because of side effects. I asked to take a MRI. I was still suffering with headaches and dizzy spell's. ~~It~~ It took 7 months to get that done and they had to go to another Doctor. Because Dr Cochran did not want to see me any more. 10-4-06 I was also exposed to T.B. Because the Coffee County staff employee's let an inmate with full blown T.B. The whole cell block had to get tested. ~~I was positive~~

On 8/29/06 ~~wre~~. I tested positive for T.B. I had to take medicine for 6 months. I been in Jail for 18 months awaiting trial ~~and seen~~ I've seen alot of thing's in Coffee County Jail On 3-3-07 the sheriff Department was called out to cell block 2. Because a misunderstand the sheriff department busted in and started tasering and shooting inmates I was threatening for my life. I have nightmare's. My stay in Coffee County Jail has been traumatizing for me. This my second statement. The first one was taken by the Jail administrator.

# INSTRUCTIONS FOR TB TREATMENT AND PREVENTION

[X] Because your tuberculin skin test indicates that you have germs in your body that cause tuberculosis (TB), a special medicine called INH (Isoniazid) has been prescribed for you. If taken regularly and long enough INH will greatly reduce the chances that you will develop TB.

[ ] Tests show that you have/may have tuberculosis (TB). To be cured you must take medications for several months and have regular examinations. If taken regularly and long enough these medications will cure TB. The medications for your treatment will be issued free by your local health department.

As with all medicine some side effects may occur. If you develop any of the signs or symptoms listed below, STOP taking the medicine and contact _____ at the _____ County Health Department immediately.

## SIGNS AND SYMPTOMS

1. Dark colored urine (coffee or tea colored)
2. Yellow skin or eyes
3. Rash or itching
4. Nausea
5. Headache
6. Dizziness
7. Loss of appetite
8. Always feeling tired
9. Unexplained high fever
10. Blurred vision
11. Pain in joints (hands/feet)

## REMEMBER

1. TAKE THE MEDICATION EVERY DAY AS DIRECTED.
2. KEEP YOUR NEXT APPOINTMENT
3. CALL THE CLINIC IF YOU CANNOT KEEP YOUR APPOINTMENT.
4. DON'T RUN OUT OF MEDICATION DURING TREATMENT.
5. IF YOU HAVE ANY QUESTIONS ABOUT YOUR TREATMENT CONTACT THE CLINIC NURSE PROMPTLY.

[ ] I have received a copy of this instruction sheet and have talked to a member of the health department staff about these recommendations and side effects. I agree to take the medication as prescribed by the health department TB physician for as long as prescribed. **THE ALABAMA DEPARTMENT OF PUBLIC HEALTH HAS THE LEGAL RESPONSIBILITY TO INSURE THAT YOU COMPLETE YOUR THERAPY. IF YOU DO NOT THE HEALTH DEPARTMENT IS REQUIRED BY LAW TO TAKE LEGAL ACTION TO INSURE THAT YOU DO COMPLETE THE TREATMENT.**

[X] I agree to take the INH pills for preventive therapy as prescribed by the health department physician.

[ ] I have elected NOT to take INH pills for preventive therapy and hereby release the county health department of all responsibility concerning this matter.

X _Derek Dede_ (signature)    8-29-06
Signature of Patient or (Parent/Guardian)    Date

Ashley Smith    347-9574    _____
Public Health Worker.    Telephone Number    Hours

ADPH-TB-9/2-96-rm

— 12 —