**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ben Moates, Sheriff
   Coffee County Jail
   County Complex # 4
   New Brockton, AL 36351

   07cv344  C, Amdmt, & OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Donna Pennington    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Donna Pennington
C. Date of Delivery: 5/14/7

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 8193 4614

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540