IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-344-MEF-SRW |
| | ) |
| BEN MOATES, ET AL., | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR SPECIAL REPORT AND ANSWER

COME NOW Coffee County Sheriff, Ben Moates, and Coffee County Jail Administrator, Zack Ennis, Defendants in the above-styled cause, and move this Honorable Court for an extension of time of forty (40) days in which to file their Special Report and Answer. As grounds for said Motion, the Defendants state as follows:

    1.    On May 11, 2007, this Court entered an Order directing Defendants to file a Special Report in the above-styled cause on or before June 20, 2007. Defendants' Answers are due on June 20, 2007.

    2.    Counsel for Defendants has only recently been able to meet with the Defendants and is in need of this additional time to fully review the documentation which is potentially relevant to this case in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

    3.    In its Order of May 11, 2007, this Court specifically stated, ***"Since this case involves claims of inadequate medical treatment, the medical defendants shall provide an affidavit from a named defendant or health care professional which i) contains a detailed explanation of the treatment provided to the plaintiff, and ii) interprets the information***

1

*contained in the medical records relevant to the claims presented in the complaint*." (May 11, 2007, Order, 2) (emphasis original).  The Plaintiff alleges claims for deliberate indifference to his medical conditions in addition to his excessive force claim.  The counsel for the Defendants has obtained the Plaintiff's medical records but has not had an opportunity to meet with the physician who treated the Plaintiff, and is in need of this additional time to obtain an affidavit from this physician in order to comply with this Court's order of May 11, 2007.

4. The Defendants have not previously requested an extension of time in this case.

5. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including July 30, 2007.

Respectfully submitted this 14th day of June, 2007.

> **s/Joseph L. Hubbard, Jr.**
> GARY L. WILLFORD, JR. Bar NO.  WIL198
> JOSEPH L. HUBBARD, JR Bar NO. HUB015
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> Email:  jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the **14th** day of **June, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      Derek Dede
      Coffee County Jail
      Complex # 4
      New Brockton, AL  36351

      **s/Joseph L. Hubbard, Jr.**
      OF COUNSEL