IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEREK DEDE,
   PLAINTIFF,

V.

                                CIVIL ACTION NO. 1:07-CV-344-MEF

SHERIFF BEN MOATES, et al.,
   DEFENDANT'S.

RECEIVED 2007 SEP 21
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW THE PLAINTIFF THROUGH HIS ASSISTANCE, AND RESPECTFULLY MOVES THIS HONORABLE COURT FOR AN ORDER IN THE ABOVE STYLE CAUSE, AND OFFER THE FOLLOWS TO WIT;

THE PLAINTIFF MR. DEDE IS ASKING THIS COURT TO GRANT HIM ENLARGEMENT OF (30) DAYS TO COMPLY WITH THE COURT'S ORDERED DATED JULY 23, 2007.

AND FURTHER EMPHASIS TO THIS COURT'S THAT THE DISCRETION IS WITH THIS COURT IS TO GRANT THIS CAUSE, THE ASSISTANCE NEED THIS ENLARGEMENT TO GET FORMUAL WITH THE ISSUES:

CC:

(0)

WHEREFORE, THE PLAINTIFF PRAYS THAT THE COURT WILL EXERCISE IT'S INHERENT POWER OVER THE CONDUCT OF THESE MOTIONS, AND GRANT RELIEF AS REQUESTED.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING PLEADING UPON:

ATTORNEY GENERAL OFFICE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130-152

BY PLACING SAME IN THE UNITED STATES MAIL, FIRST CLASS POSTAGE PREPAID AND PROPERLY ADDRESSED SEPTEMBER 19TH/2007

RESPECTFULLY SUBMITTED.
Derek Dede

CC:

(2)

Derek Deale #253851 F1-2-A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 361
20 SEP 2007 PM 3 T

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery Al, 36101-0911

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."