IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEREK DEDE.
   PLAINTIFF,

V.                                          CIVIL ACTION.1:07-CV-344-
                                                         -MEF.
SHERIFF BEN MOATES, et al.,
           DEFENDANTS.

## MOTION TO INTERVENTION

COMES NOW THE PLAINTIFF DEDE THROUGH THE ASSISTANCE, AND RESPECTFULLY MOVES THIS HONORABLE COURT IN THE ABOVE STYLE CAUSE, FOR AN ORDER, AND WILL OFFER THE FOLLOWS:

THE ASSISTANCE CONTENDS TO THIS COURT THAT THE PLAINTIFF WISH TO PROSECUTE THIS ACTION NOW THAT HE AN ASSISTANCE WHO WILL GUIDE HIM TO PROSECUTE THIS HIS RESPONSE THAT THIS COURT'S ORDERED HIM TO DO SO ON JULY 23, 2007.

HOWEVER, THE PLAINTIFF TRIED TO OBTAIN AN ATTORNEY TO HANDLE THIS CAUSE, BUT DUE TO LACK OF RECOURSE HE WAS NOT ABLE TO OBTAIN ATTORNEY.

CC:                               0

MR. DEDE, WHEN HE FILED THIS ACTION FROM THE COUNTY JAIL HE HAD SOME ONE TO ASSIST HIM, AND WHEN HE LIFT THE COUNTY JAIL HE DID NOT KNOW HOW TO RESPOND TO THE COURT ORDER.

THE PLAINTIFF MR. DEDE ASK THIS COURT'S TO ALLOW HIM THE OPPORTUNITY TO PROSECUTE THIS CAUSE, BECAUSE THERE GENUINE ISSUES FOR AN EVIDENTIARY HEARING.

WHEREFORE, IT IS RESPECTFULLY REQUESTED THAT THE RELIEF SOUGHT HEREIN BE IN ALL RESPECTS GRANTED, TOGETHER WITH SUCH OTHER AND FURTHER RELIEF AS TO THIS COURT'S MAY SEEM JUST AND PROPER. HE PRAYS:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING PLEADING UPON:

ATTORNEY GENERAL OFFICE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130-152

BY PLACING SAME IN THE UNITED STATE MAIL, FIRST CLAS POSTAGE PREPAID. AND PROPERLY ADDRESSED SEPTEMBER 19TH/2007

RESPECTFULLY SUBMITTED
Derek Dede

CC:

2

Derek Derk #253851 F1-2-A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 361
20 SEP 2007 PM 3 T

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery Al, 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."