IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEREK DEDE, #253851, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07-CV-344-MEF |
| | ) | |
| SHERIFF BEN MOATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the motion for extension of time to file response and motion for intervention filed by the plaintiff on September 21, 2007 (Court Doc. No. 20), and as final judgment dismissing this case without prejudice was entered on August 29, 2007 (Court Doc. No. 18), it is

ORDERED that these motions be and are hereby DENIED.  The plaintiff is advised that if he seeks to proceed on his claims he may file a new 42 U.S.C. § 1983 action in this court.

Done this 24th day of September, 2007.


_____/s/ Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE