IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:07-cv-344-MEF |
| | ) |
| BEN MOATES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Enlargement of Time (Doc. #19) and Motion to Intervention (Doc. #20) filed on September 21, 2007, it is hereby

ORDERED that the motions are DENIED.

The Clerk of Court is directed to mail Doc. #17 and #18 to the plaintiff as the new address provided to the court on September 21, 2007.

DONE this the 24th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE